## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

NAKIA JOHNSON,                          )
                                        )
        Plaintiff,                     )
                                        )
v.                                      )          Case No. CIV-22-860-J
                                        )
NATIONAL BASKETBALL ASSOC., et al.,     )
                                        )
        Defendants.                    )

## ORDER

The Court has been advised that the parties have reached a settlement.  Accordingly, the Clerk of Court is directed to administratively terminate this matter without prejudice to the right of a party to file a stipulation of dismissal, or for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within thirty days of the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 19th day of December, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE